UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,            CRIMINAL CASE NO. 14-20673

       v.                    DISTRICT JUDGE GEORGE CARAM STEEH

MONROE AVANT, JR.,

       Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR RELEASE**

      The court has read and considered defendant's Motion Seeking Release on Bond Pending Sentencing (Doc #45) and the government's Response. Given the criminal history of defendant, including his penchant for carrying dangerous firearms, and his recent history of felony convictions, the Court is persuaded that the safety of the community and the risk of flight both militate in favor of continuing detention until sentencing.

      Accordingly, IT IS ORDERED that the defendant's Motion for Release IS DENIED.

Dated: May 6, 2015

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 6, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk